**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 97-7759**

─────────────

PETE SMITH,

                                    Plaintiff - Appellant,

        versus

SYLVESTER DAUGHTRY, Greensboro, North Carolina
Chief of Police; S. LANGHOLE, Officer,

                                    Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. N. Carlton Tilley, Jr., District Judge. (CA-96-363-2)

─────────────

Submitted: June 9, 1998              Decided: June 23, 1998

─────────────

Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Pete Smith, Appellant Pro Se. Fred Thurman Hamlet, Sr., Greensboro, North Carolina, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Pete Smith appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court and deny Smith's motion for appointment of counsel. <u>Smith v. Daughtry</u>, No. CA-96-363-2 (M.D.N.C. Oct. 31, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>